IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Austin, Marianne | Case Number: 04 B 07433 |
| | Judge: Hollis, Pamela S |
| Printed: 10/23/07 | Filed: 2/26/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 29, 2007
Confirmed: April 19, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,835.40 | |
| Secured: | | 8,496.72 |
| Unsecured: | | 1,951.14 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 682.37 |
| Other Funds: | | 5.17 |
| Totals: | 13,835.40 | 13,835.40 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Americredit Financial Ser Inc | Secured | 8,496.72 | 8,496.72 |
| 3. | RJM Acquisitions LLC | Unsecured | 6.01 | 0.00 |
| 4. | Jewel Food Stores | Unsecured | 46.05 | 37.39 |
| 5. | ECast Settlement Corp | Unsecured | 422.25 | 342.93 |
| 6. | Educational Credit Management Corp | Unsecured | 313.22 | 254.37 |
| 7. | Americredit Financial Ser Inc | Unsecured | 1,620.98 | 1,316.45 |
| 8. | AT&T | Unsecured | | No Claim Filed |
| 9. | City of Des Plaines | Unsecured | | No Claim Filed |
| 10. | Bonaventure Medical | Unsecured | | No Claim Filed |
| 11. | Elk Grove Lab Physicians | Unsecured | | No Claim Filed |
| 12. | Student Loan Servicing Center | Unsecured | | No Claim Filed |
| 13. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 14. | Providian | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 13,605.23 | $ 13,147.86 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 124.00 |
| 6.5% | 255.47 |
| 3% | 49.45 |
| 5.5% | 253.45 |
| | _____ |
| | $ 682.37 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Austin, Marianne | Case Number:  04 B 07433 |
| | Judge:  Hollis, Pamela S |
| Printed:  10/23/07 | Filed:  2/26/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_